UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DERICK DANIELS,

                Defendant.

No. 08-cr-1223 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the Probation Department's request for early termination of Derick Daniels's three years' term of Supervised Release. Having reviewed Mr. Daniels's accomplishments and Mr. Daniels's letter, the Court commends him for his achievements and for his remarkable transformation. Given the current national health crisis, the Court is particularly appreciative of Mr. Daniels's work as an emergency medical technician. Accordingly, IT IS HEREBY ORDERED THAT Mr. Daniels's term of Supervised Released is terminated. The Court wishes Mr. Daniels continued success in all his future endeavors.

SO ORDERED.

Dated:    April 10, 2020
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation